UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 5:13-00069-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| MYLES W ROBINSON (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a letter from Defendant Myles W. Robinson ("Robinson") requesting a copy of his Motion for Modification of Term of Imprisonment Pursuant to 18 USC § 3582(c)(1)(A) [Record Document 263] and the Government's response to that motion [Record Document 269]. Record Document 272. Robinson further requests clarification from the Court as to whether he can file a reply. *Id.* The Court construes this request as a motion for leave to file a reply.[1]

Accordingly, **IT IS ORDERED** that the motion for leave to file a reply is **GRANTED**, and Robinson shall have until **January 3, 2025**, to file a reply to his Motion for Modification of Term of Imprisonment Pursuant to 18 USC § 3582(c)(1)(A) [Record Document 263].

**IT IS FURTHER ORDERED** that the Clerk of Court is to mail Robison a copy of the (1) Motion for Modification of Term of Imprisonment Pursuant to 18 USC § 3582(c)(1)(A); (2) United States' Response in Opposition to Defendant's Motion for a Reduced Sentence Under 18 U.S.C. § 3582(c)1)(a)(i); and (3) United States' Notice of

---

[1] Robinson is a *pro se* Defendant. Courts may liberally construe filings by *pro se* parties. *Grant v. Cuellar*, 59 F.3d 523, 524 (5th Cir. 1995).

Legal Authority Relevant to the Pending Motion Under 18 U.S.C. § 3582(c)(1)(A) [Record Document 277].

**THUS DONE AND SIGNED** this 4th day of November, 2024.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE